UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14083-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DARRYL BERNARD REMBERT

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued March 4, 2008. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The defendant Darryl Bernard Rembert is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of March, 2008.

                                   K. MICHAEL MOORE
                                   UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record